

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2019

No. 04-19-00586-CR

Victor Raul **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2018CRF000047-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

On October 29, 2019, appellant's attorney, Mr. Oscar O. Peña, filed a motion to withdraw as counsel. The motion is GRANTED, and it is ORDERED that Mr. Oscar O. Peña is withdrawn as counsel of record for appellant.

On October 25, 2019, the court reporter responsible for preparing the reporter's record for this appeal filed a notification of late record, stating that the reporter's record has not been filed because appellant has failed to request the record in writing and because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant was not entitled to appeal without paying the fee. It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). It is further ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See TEX. R. APP. P. 37.3(c). If appellant files written proof within the time provided, the reporter's record must be filed no later than ten days after the date appellant's written proof is filed with this court.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court